# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 14, 2006

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

No. 04-3044

Robert Simpson,
    *Petitioner-Appellant,*

    *v.*

DEIRDRE BATTAGLIA, Warden,[1]
    *Respondent-Appellee.*

Appeal from the United States
District Court for the Northern
District of Illinois, Eastern Division.

No. 02 C 3885

Matthew F. Kennelly,
*Judge*.

## O R D E R

The slip opinion issued in the above-entitled cause on August 11, 2006, is amended as follows:

Page 3, first paragraph, first line, delete "Greenwood" and replace with "Glenwood".

---

[1] Deirdre Battaglia has been substituted for the original respondent, Kenneth R. Briley, pursuant to Federal Rule of Appellate Procedure 43(c)(2).